UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | | |
|---|---|---|
| NATHAN ANDREW HAUX | § | CIVIL ACTION NO: |
| | § | |
| *Plaintiff* | § | 5:25-cv-03078-JLS-SP |
| | § | |
| v. | § | |
| | § | |
| GENERAL MOTORS, LLC | § | |
| | § | |
| *Defendant* | § | |

### NOTICE OF SETTLEMENT

Plaintiff, **NATHAN ANDREW HAUX**, and Defendant, **GENERAL MOTORS, LLC**, have reached a settlement in this matter.  Plaintiff and Defendant will submit an agreed motion of dismissal with prejudice within 60 days.

RESPECTFULLY SUBMITTED:

BY: /s/ *Richard C. Dalton*
Richard C. Dalton
Texas Bar No. 24033539
Louisiana Bar No. 23017
California Bar No. 268598
111 Park West Drive
Scott, LA 70583
rick@rickdalton.law
Tel. (337) 371-0375

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2026, I electronically filed this document through the CM/ECF system, which will send a notice of electronic filing to all parties through their attorney of record on file with the court.

_____ *Richard C. Dalton* _____
RICHARD C. DALTON